# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 14-7120
2. DATE DOCKETED: 7 August 2014
3. CASE NAME (lead parties only) Shannon Marie Smith, et al.  v.  Kaya Henderson, et al.
4. TYPE OF CASE: [X] District Ct -  [ ] US Civil  [ ] Private Civil  [ ] Criminal  [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  [ ] Yes  [X] No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:13-cv-00420-JEB       Bankruptcy Court Docket No.       Tax Court Docket No.
      Criminal _____                     Bankruptcy _____                Tax _____
      Miscellaneous _____                Adversary _____
                                           Ancillary _____
   b. Review is sought of:
      [X] Final Order   [ ] Interlocutory Order appealable as of right   [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge James E. Boasberg            Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 18 July 2014    e. Date notice of appeal filed: 8/12/2014
   f. Has any other notice of appeal been filed in this case?   [ ] Yes  [X] No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?  [ ] Yes  [X] No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   [ ] Yes  [X] No
      If NO, why not?  Summary Judgment was issued without a Hearing
   i. Has this case been before the Court under another appeal number? [ ] Yes  Appeal # _____  [X] No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      [ ] Yes  [X] No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?   [X] Yes  [ ] No
      If YES, give popular name and citation of statute DC Human Rights Act and Title VI of the Civil Rights Act
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   [ ] Yes  [X] No    If so, provide program name and participation dates
   _____

Signature *Johnny Barnes*                       Date 10/6/2014
Name of Party Shannon Marie Smith, et al.
Name of Counsel for Appellant/Petitioner Johnny Barnes
Address 301 "G" Street, S.W. - Suite B101 - Washington, D.C. 20024
Phone ( 202 )  882-2826       Fax (   )   -
ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th Day of October 2014 this Civil Docketing Statement was served on Holly M. Johnson and Todd S. Kim, Counsel for Appellees, via the Court's Electronic Filing System.

*Johnny Barnes*
Johnny Barnes