NOT YET SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――

Record No. 14-CV-7120

―――――――――

SHANNON MARIE SMITH, et al.

APPELLANTS,

V.

KAYA HENDERSON, *et al.*,

APPELLEES

―――――――――

ON APPEAL FROM AN ORDER OF THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

―――――――――

**CONSENT MOTION OF SHANNON MARIE SMITH, et al. TO ENLARGE THE BRIEFING SCHEDULE BY 60 DAYS**

―――――――――

Shannon Marie Smith, et al., Appellants, with the consent of Kaya Henderson, et al., Appellees, moves this Court to enlarge the briefing schedule by 60 days, making the Appellant's Opening Brief due on 25 April, 2015.  The undersigned Counsel represents the named Appellants who are unable to afford Counsel, without charge, and the unanticipated printing, copying and binding costs for the voluminous Joint Appendix requires Shannon Marie Smith, et al. to have more time to secure the resources to meet those costs.  Shannon Marie Smith, et al. are certain to have the resources within the extended time.  Kaya Henderson, et al. will not be

prejudiced in any way because they have already undertaken and completed the actions that are the subject of this Appeal and those actions are currently operational. Appellants therefore move this Court to enlarge the briefing schedule by 60 days, so that undersigned counsel may properly and thoroughly present the Joint Appendix to accompany the Opening Brief.

Respectfully submitted,

/s/ *Johnny Barnes*

_____

Johnny Barnes, D.C. Bar Number 212985
Counsel for Plaintiffs/Appellants
301 "G" Street, S.W, Suite B101
Washington, D.C.      20024
AttorneyJB7@gmail.com

**Dated: 23 February 2015**     Telephone (202) 882-2828

## CERTIFICATE OF SERVICE

I certify that, on 23 February 2015, a true copy of the foregoing Consent Motion to Enlarge the Briefing Schedule by 60 days was served through the Court's ECF System to:

TODD S. KIM, Solicitor General
LOREN L. ALIKHAN Deputy Solicitor General

HOLLY M. JOHNSON Assistant Attorney General

Office of the Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890 and (202) 715-7713 (fax)
E-mail: holly.johnson@dc.gov

/s/ *Johnny Barnes*

_____
Johnny Barnes, D.C. Bar Number 212985