# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-7120**　　　　　　　　　　　　　　　　**September Term, 2014**

**1:13-cv-00420-JEB**

**Filed On: February 23, 2015** [1538976]

Shannon Marie Smith, et al.,

    Appellants

    v.

Kaya Henderson, Chancellor, et al.,

    Appellees

## O R D E R

Upon consideration of appellants' consent motion for extension of time to file brief, it is

**ORDERED** that the motion for extension of time be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 25, 2015 |
| Appendix | April 25, 2015 |
| Appellees' Brief | May 26, 2015 |
| Appellants' Reply Brief | June 9, 2015 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
       Ken R. Meadows
       Deputy Clerk